IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KENDRICK JERMAINE NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-068 |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to 28 U.S.C. § 636(b) and this Court's Local Rule 72, this appeal from the final decision of the Acting Commissioner of Social Security denying Plaintiff's claim for Social Security benefits has been referred to the Magistrate Judge for review and recommendation as to disposition.

Defendant having filed her answer, together with a certified copy of the transcript of the administrative proceedings, IT IS ORDERED that counsel for the parties submit briefs in accordance with the following requirements:

(1) Within thirty days from the entry of this Order, Plaintiff shall serve and file a brief setting forth all errors which Plaintiff contends entitle him to relief. The brief shall contain the following sections in the order here indicated:

(a) Statement of the issues presented for review, set forth in separately numbered paragraphs;

(b) Statement of the case, to include (i) brief procedural history and disposition at the administrative level; and (ii)

        summary of material facts supported by record citations, which should include Plaintiff's age, education, work experience, alleged mental and physical impairments and related medical history;

    (c)    Legal argument, supported by specific references to the record and citations of legal authority; and

    (d)    Conclusion briefly stating the relief sought.

(2)    Within forty-five days after service of Plaintiff's brief, Defendant shall serve and file a brief responding to each issue raised by Plaintiff and conforming to the requirements set forth above, except that a statement of the issues and a statement of the case need not be made unless Defendant is dissatisfied with Plaintiff's statement therefor.

(3)    Plaintiff may file a reply brief within ten days of service of Defendant's brief.

The issues before the Court are limited to the issues properly raised in the briefs.[1]

Pursuant to Local Rule 7.1, briefs are not to exceed twenty-six pages in length without prior written permission of the Court. The parties should cite primarily to Eleventh Circuit authority and rely on precedent from other Circuits only as supplemental authority or in the absence of Eleventh Circuit authority.

SO ORDERED this 1st day of November, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Requests for remands must strictly comply with the provisions of 42 U.S.C. § 405(g). Remands should be designated as either "sentence four" or "sentence six" remands. See Ingram v. Comm'r of Soc. Sec. Admin., 496 F.3d 1253, 1267-68 (11th Cir. 2007).