AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KENDRICK JERMAINE NORRIS,

     Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: 3:22-CV-068

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

     Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of February 8, 2023, the Motion to Remand is granted,

Therefore, the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is remanded to the Commissioner. This civil action stands closed.

| | | |
|---|---|---|
| 02/09/2023 |  | John E. Triplett, Clerk of Court |
| *Date* | | *Clerk* |
| | | *Tara H. Burton* |
| | | *(By) Deputy Clerk* |

GAS Rev 10/2020